FILED & ENTERED

DEC 10 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re DU SIK KANG, | Case No.: 8:17-bk-12746-SC |
| Debtor. | Chapter 7 |
| | **Adversary Proceeding:** 8:18-ap-01112-SC |
| JEFFREY I. GOLDEN, CHAPTER 7 TRUSTEE, | Hon. Scott C. Clarkson |
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATION FOR WELLS FARGO BANK, N.A. TO WITHDRAW ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| IK SOO BANG, an individual; HYE YOUNG BANG, an individual; and IK SOO BANG, HYE YOUNG BANG, as trustees of the BANG IRREVOCABLE TRUST; and WELLS FARGO & COMPANY, A CALIFORNIA CORPORATION, | |
| Defendants. | |

ORDER APPROVING STIPULATION TO WITHDRAW DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT

The Court, having considered the joint stipulation ("Stipulation") submitted by plaintiff Jeffrey I. Golden, Chapter 7 Trustee ("Trustee" or "Plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells Fargo" or "Defendant"), for Wells Fargo to withdraw its (1) Motion to Dismiss Plaintiff's First Amended Complaint, and (2) Request for Judicial Notice [Docket Nos. 27-28], and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.     Wells Fargo's Motion and all supporting documents are withdrawn.

2.     The December 19, 2018 hearing date on the Motion is vacated.

3.     The Trustee shall not request or enter any default against Wells Fargo.

IT IS SO ORDERED.

Date: December 10, 2018

Scott C. Clarkson
United States Bankruptcy Judge

ORDER APPROVING STIPULATION TO WITHDRAW DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT